



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BRIMMER,<br><br>                    Petitioner,<br><br>          v.<br><br>DAVID L. RUNNELS, Warden,<br><br>                    Respondent. | Case No. CV 05-1508 AG(JC)<br><br>~~(PROPOSED)~~ ₽<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

---

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.[1]

---

[1] Petitioner contends that the Report and Recommendation is incorrect in stating that the victim identified petitioner as the armed robber. However, evidence presented at trial reflects that the victim identified petitioner as the armed robber at a field show-up. (Reporter's Transcript, Volume 2, page 130).

1    IT IS HEREBY ORDERED that Judgment be entered denying the Petition

2  and dismissing this action with prejudice.

3    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

4  Report and Recommendation, and the Judgment herein on petitioner and on

5  counsel for respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7
   DATED: JULY 26, 2008
8

9

10                    HONORABLE ANDREW J. GUILFORD
                      UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28