Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ⊘
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BRIMMER,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID L. RUNNELS, Warden,<br><br>        Respondent. | Case No. CV 05-1508-AG (JC)<br><br>~~(PROPOSED)~~<br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: July 26, 2008

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE